FILED11 FEB '25 15:52USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00042-IM |
| v. | |
| | **INDICTMENT** |
| TIMOTHY JUSTIN GRIFFITH, | |
| Defendant. | 18 U.S.C. § 115(a)(1)(B) |
| | 18 U.S.C. § 875(c) |

### THE GRAND JURY CHARGES:

### GENERAL ALLEGATIONS

1.     On or about November 12, 2024, within the District of Oregon, defendant **TIMOTHY JUSTIN GRIFFITH,** called the Pendleton Office FBI's main line, located in the State of Oregon, using telecommunications infrastructure. **TIMOTHY JUSTIN GRIFFITH** spoke to Adult Victim 1 [AV1] stating: *"All officers and agents in your resident office will be killed within the next 30 minutes. Have a good day."*

2.     AV1 is a Federal law enforcement officer and an employee of the FBI, assigned to the Pendleton, Oregon field office. After AV1 received the phone call from **TIMOTHY JUSTIN GRIFFITH,** AV1 reported these communications to the FBI Portland Operations Center, the Supervisory Special Agent, and the building manager of the building where the Pendleton FBI Office is housed.

3.     After being notified of the call, and in direct response to the threatening nature of the communications, the decision was made to lock down and secure the FBI Pendleton Office, as well as the building itself which houses other businesses, for the rest of the day.

**Indictment**                                                                                    **Page 1**

**COUNT 1**
**(Threatening a Federal Official)**
**(18 U.S.C. § 115(a)(1)(B))**

Paragraphs 1-3 of this Indictment are incorporated by reference as if set out herein.

On or about November 12, 2024, in the District of Oregon, the defendant, **TIMOTHY JUSTIN GRIFFITH**, did threaten to assault AV1, a Federal law enforcement officer, with the intent to impede, intimidate, and interfere with AV1 and employees of the FBI while they were engaged in the performance of their official duties;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 2**
**(Interstate Communications with a Threat to Injure)**
**(18 U.S.C. § 875(c))**

Paragraphs 1-3 of this Indictment are incorporated by reference as if set out herein.

On or about November 12, 2024, within the District of Oregon, defendant **TIMOTHY JUSTIN GRIFFITH** did knowingly and willfully transmit in interstate commerce a communication to AV1, and the communication contained a threat, to wit: "*All officers and agents in your resident office will be killed within the next 30 minutes*;"

In violation of Title 18, United States Code, Section 875(c).

Dated: February __11__, 2025.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney

**Indictment**                                                                      **Page 2**