Ryan Costello, IL SB #6317378
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel:  (503) 326-2123
Email: ryan_costello@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00042-IM-1 |
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| TIMOTHY JUSTIN GRIFFITH, | |
| Defendant. | |

Timothy Justin Griffith requests a sentence of time served because he has served 17 months and 15 days custody, two and a half months higher than the high end of his United States Sentencing Guidelines range. If Mr. Griffith were to receive his complete good conduct time reduction, 17 months and 15 days in custody would equate to a nearly 21-month sentence of imprisonment. The United States Sentencing Guidelines range for his criminal conduct is 9 to 15 months. Because Mr. Griffith has served more time than the high end of the Guidelines range, a sentence of time served is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a).

PAGE 1.     DEFENDANT'S SENTENCING MEMORANDUM

On June 15, 2026, Mr. Griffith pleaded guilty to Threatening a Federal Official, in violation of 18 U.S.C. § 115(a)(1)(B). At this time, defense counsel has no objections to the Presentence Investigation Report, including the Guidelines range and proposed conditions of supervision.

Mr. Griffith requests that the Court impose a sentence of time served, followed by two years of supervised release.

Respectfully submitted this 22nd day of July, 2026.

> /s/ Ryan Costello
> Ryan Costello, IL SB #6317378

PAGE 2.    DEFENDANT'S SENTENCING MEMORANDUM